UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JILL KORNAK,

    Plaintiff,

v.

BROWN-FORMAN CORPORATION, et al.,

    Defendants.
_____/

No. C 05-0123 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

PLEASE TAKE NOTICE that the court will conduct a further case management conference in the above-entitled action on Thursday, November 10, 2005, at 2:30 p.m. Counsel for both plaintiff and defendants must attend.

The deadline to complete mediation, previously set for November 10, 2005, is VACATED. The court will set a new date at the case management conference.

**IT IS SO ORDERED.**

Dated: October 26, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge