1   SEYFARTH SHAW LLP
    Mark S. Ross (SBN: 64812)
2   Janine S. Simerly (SBN: 102361)
    Jonathan D. Martin (SBN: 188744)
3   560 Mission Street, Suite 3100
    San Francisco, California 94105
4   Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
5   E-mail: jmartin@seyfarth.com

6   Attorneys for Defendant
    BROWN-FORMAN CORPORATION

7

8                   UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN FRANCISCO DIVISION)

11  JILL KORNAK                          ) Case No. C05-0123 PJH
                                         )
12             Plaintiff,                ) **STIPULATION OF DISMISSAL WITH**
                                         ) **PREJUDICE ; AND ORDER**
13       v.                              )
                                         )
14  BROWN-FORMAN CORPORATION, a          )
    Delaware Corporation doing business in )
15  California, and BRENDAN FEELEY, an   )
    individual;                          )
16                                       )
               Defendants.               )
17  ―――――――――――――――――――――――――            )

18       IT IS HEREBY STIPULATED by and between the parties to this action though their

19  designated counsel, if any, that the above-captioned action be and hereby is dismissed with

20  prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall

21  bear his/her/its own fees and costs.

22  DATED:  April 19  , 2006             SEYFARTH SHAW LLP

23

24                                       By _____
                                              Jonathan D. Martin
25
                                         Attorneys for Defendant
26                                       BROWN-FORMAN CORPORATION

27

28

    Stipulation of Dismissal With Prejudice – Case No. C05-0123 PJH

1   DATED: ___4/11___, 2006

2

3

4

5

6   DATED: ___3/23___, 2006

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER LAW GROUP

By_____
        Michele Ballard Miller

Attorneys for Defendant
BRENDAN FEELEY

JILL KORNAK

By_____
           Jill Kornak

Plaintiff *In Pro Per*

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF1 28232677.1

2

Stipulation of Dismissal With Prejudice – Case No. C05-0123 PJH